| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Valley Truck Center of Cotulla Incorporated** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **Valley Truck Center**<br>**Valley Truck Center of Cotulla** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-2929366** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**4301 N. Cage Blvd.**<br>**Pharr, TX 78577**<br>Number, Street, City, State & ZIP Code<br><br>**Hidalgo**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.jhwclaw.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Valley Truck Center of Cotulla Incorporated**  Case number (*if known*) _____
      Name

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __4411__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   - ■ No.
   - ☐ Yes.

   If more than 2 cases, attach a separate list.

   | District | When | Case number |
   |---|---|---|
   | _____ | _____ | _____ |
   | _____ | _____ | _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    - ■ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | | Relationship | |
    |---|---|---|---|
    | District | When | Case number, if known | |

Debtor  **Valley Truck Center of Cotulla Incorporated**                                Case number (*if known*)  _____
     Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | | |
|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| Debtor | Valley Truck Center of Cotulla Incorporated | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March  8, 2019**
MM / DD / YYYY

X **/s/ Tammy Cuellar**          **Tammy Cuellar**
Signature of authorized representative of debtor          Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Nathaniel Peter Holzer**          Date **March  8, 2019**
Signature of attorney for debtor          MM / DD / YYYY

**Nathaniel Peter Holzer**
Printed name

**Jordan, Holzer & Ortiz, P.C.**
Firm name

**500 North Shoreline Blvd.**
**Suite 900**
**Corpus Christi, TX 78401**
Number, Street, City, State & ZIP Code

Contact phone **361.884.5678**          Email address **pholzer@jhwclaw.com**

**00793971 TX**
Bar number and State

# SHAREHOLDERS AND DIRECTORS RESOLUTIONS OF
# VALLEY TRUCK CENTER OF COTULLA, INC.

A meeting of shareholders of Valley Truck Center of Cotulla, Inc., a Texas Corporation, was held on the 8th day of March, 2019, and notice being waived by a majority of the shareholders, and motion duly made and carried by a 60% majority of the outstanding shares; it was hereby

RESOLVED that Martha J. McDonald Chavez is appointed a director of Valley Truck Center of Cotulla, Inc.

A meeting of directors of Valley Truck Center of Cotulla, Inc., a Texas Corporation, was held on the 8th day of March, 2019, and notice being waived by a majority of the directors, and motion duly made, seconded and carried; it was hereby

RESOLVED that Valley Truck Center of Cotulla, Inc., acting therein through Tammy Cuellar, its President, shall immediately file or cause to be filed, a Voluntary Petition in Bankruptcy (Chapter 11) with the appropriate Court pursuant to the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.*; and it was further

RESOLVED that Tammy Cuellar shall be authorized to retain Jordan, Holzer & Ortiz, P.C. as legal counsel and other experts as the need may arise in order to commence and continue said Bankruptcy proceeding; to execute all documents, enter into any agreements, open bank accounts, make available all records, and to do all other acts which may be necessary to commence and continue said Bankruptcy proceeding on behalf of Valley Truck Center of Cotulla, Inc.; and it was further

RESOLVED that Tammy Cuellar shall have authority to sign any and all pleadings or other documents in connection with its Chapter 11 proceeding and that Tammy Cuellar shall be the designated Officer to act on behalf of Valley Truck Center of Cotulla, Inc. in said proceeding.

The undersigned being the shareholders and directors of Valley Truck Center of Cotulla, Inc.

Dated this 8th day of March, 2019.

_____
Tammy Cuellar 60% shareholder

_____
Tammy Cuellar, director

_____
Martha J. McDonald Chavez, director

**Fill in this information to identify the case:**

Debtor name   **Valley Truck Center of Cotulla Incorporated**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 8, 2019**   X **/s/ Tammy Cuellar**
Signature of individual signing on behalf of debtor

**Tammy Cuellar**
Printed name

**President**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Valley Truck Center of Cotulla Incorporated**
United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CDC Global<br>P.O. Box 88921<br>Chicago, IL 60695 | | Trade debt | | | | $4,574.22 |
| Engie Resources<br>P.O. Box 9001025<br>Louisville, KY 40290-1025 | | Trade debt | | | | $1,550.00 |
| IP Hardware Support<br>88752 Expedite Way<br>Chicago, IL 60695 | | Trade debt | | | | $1,755.22 |
| Mack<br>2402 Lehigh Parkway South<br>Allentown, PA 18103 | | Trade debt | | | | $19,594.88 |
| Safety Kleen<br>P.O. Box 650509<br>Dallas, TX 75265 | | Trade debt | | | | $1,766.71 |
| Sentry Insurance<br>P.O. Box 8019<br>Stevens Point, WI 54484 | | Insurance | | | | $5,546.20 |
| Service Lloyd Insurance<br>6907 N. Capital of Texas Hwy<br>Austin, TX 78731 | | Insurance | | | | $511.00 |
| TRV Land and Holdings<br>P.O. Box 1090<br>Pharr, TX 78577 | | Rent | | | | $25,000.00 |
| Unifirst Uniforms<br>P.O. Box 776<br>Uvalde, TX 78802 | | Trade debt | | | | $682.26 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Valley Truck Center of Cotulla Incorporated**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Volvo Trucks North America**<br>**8003 Piedmont Triad Parkway**<br>**Greensboro, NC 27409** | | | | | | **$12,367.73** |

# United States Bankruptcy Court
## Southern District of Texas

In re  Valley Truck Center of Cotulla Incorporated                                    Case No.
                                        Debtor(s)                                     Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March  8, 2019**                         **/s/ Tammy Cuellar**
                                                   **Tammy Cuellar/President**
                                                   Signer/Title

```
CDC Global
P.O. Box 88921
Chicago, IL 60695




Engie Resources
P.O. Box 9001025
Louisville, KY 40290-1025




Internal Revenue Service
Centralized Insolvency Operations
P.O. Box  7346
Philadelphia, PA 19101-7346




IP Hardware Support
88752 Expedite Way
Chicago, IL 60695




Mack
2402 Lehigh Parkway South
Allentown, PA 18103




Safety Kleen
P.O. Box 650509
Dallas, TX 75265




Sentry Insurance
P.O. Box 8019
Stevens Point, WI 54484




Service Lloyd Insurance
6907 N. Capital of Texas Hwy
Austin, TX 78731
```

```
Texas Comptroller of Public Accounts
Revenue Accounting/Bankruptcy Section
P.O. Box 13528
Austin, TX 78711



TRV Land and Holdings
P.O. Box 1090
Pharr, TX 78577



Unifirst Uniforms
P.O. Box 776
Uvalde, TX 78802



Valley Truck Center Inc. Laredo
13505 Regional Drive
Laredo, TX 78045



Valley Truck Center Inc. Pharr
4301 N. Cage
Pharr, TX 78577



Volvo Trucks North America
8003 Piedmont Triad Parkway
Greensboro, NC 27409
```